IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BENJAMIN C. SMITH,<br><br>     Plaintiff,<br><br>vs.<br><br>CARRI NEIMAN, in her official capacity, HOUSING URBAN AND DEVELOPMENT, a federal agency, and HELENA HOUSING, a federally funded residential entity,<br>     Defendants. | No. 21-CV-21-H-SEH<br><br>**ORDER** |

On May 26, 2021, the Court ordered Plaintiff to file an amended complaint that properly pleaded subject matter jurisdiction[1] to be filed no later than June 21, 2021.[2] None was filed.

---

[1] *See* Doc. 4.

[2] *See* Fed. R. Civ. P. 6(d).

ORDERED:

This case is DISMISSED for failure to comply with this Court's Order of May 26, 2021.³

DATED this 24th day of June, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

³ *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-631 (1962); *Yourish v. California Amplifier*, 191 F.3d 983, 986 (9th Cir. 1999).